**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID L. LEWANDOWSKI,**

        **Plaintiff,**

-vs-                                                         Case No. 6:11-cv-11-Orl-31DAB

**PETROLEUM TECHNICIANS, INC.,**

        **Defendant.**
_____

# ORDER

This cause comes before the Court on Motion for Approval of Settlement, Joint Stipulation for Dismissal with Prejudice (Doc. No. 16) filed May 4, 2011.

On May 17, 2011, the United States Magistrate Judge issued a report (Doc. No. 17) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Approval of Settlement, Joint Stipulation for Dismissal with Prejudice is GRANTED. The Settlement Agreement is approved; the case is dismissed with prejudice; and the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 19th day of May, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE